```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MICHAELIA WINDER, | : | CIVIL ACTION |
| | : | NO. 18-cv-04016 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TRICOUNTY MEDICAL EQUIPMENT and QMES, LLC, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **23rd** day of **July, 2020,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' motion for summary judgment (ECF No. 45) is **GRANTED in part and DENIED in part** as follows: Defendants' motion is granted as to Plaintiff's claims for (1) retaliation, (2) hostile work environment, and (3) punitive damages. Defendants' motion is denied as to Plaintiff's claims for pregnancy and racial discrimination.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**